UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MINYON LOPEZ                                                                                          PLAINTIFF

v.                                          CIVIL ACTION NO. 3:19-CV-99-DJH

UNITED STATES MILITARY ENTRANCE
PROCESSING COMMAND                                                                        DEFENDANT

## NOTICE OF REMOVAL BY THE UNITED STATES OF AMERICA

The United States of America, by counsel, on behalf of its federal agency, respectfully represents as follows:

1. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1442 and 1446, for disposition of Plaintiff Minyon Lopez's claims against Defendant.

2. On or about December 21, 2018, Plaintiff Minyon Lopez initiated a civil action in the Jefferson Circuit Court, Jefferson County, Kentucky, Case No. 18-CI-007419, against the United States Military Entrance Processing Command ("USMEPCOM"), a subdivision of the United States Department of Defense. USMEPCOM screens and processes applicants into the United States Armed Forces.

3. The complaint alleges violations of the Kentucky Civil Rights Act ("KCRA"), KRS 344.010 *et seq*. The KCRA prohibits employment discrimination and retaliation based on an "individual's race, color, religion, national origin, sex, age forty (40) and over, because the person is a qualified individual with a disability, or because the individual is a smoker or nonsmoker...." KRS 344.040. The complaint alleges discrimination based upon religious belief and retaliation. A copy of Plaintiff's state court complaint is hereto attached as Exhibit "1".

4.     Because the complaint sets forth claims against an agency of the United States, this action may be removed to the United States District Court for the Western District of Kentucky, pursuant to 28 U.S.C. § 1442(a)(1) for disposition.

5.     This Notice of Removal is being filed on February 8, 2019. This notice is timely and proper in accordance with the provisions of 28 U.S.C. § 1446(b).

6.     A copy of this notice will promptly be served on counsel of record for Plaintiff and served upon the Clerk of Court for the Jefferson Circuit Court pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, the United States, by counsel, notices the removal of the above-styled action, now pending in the Jefferson Circuit Court, Jefferson County, Kentucky, to this Court.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

/s/ Michael D. Ekman
Michael D. Ekman
Assistant U.S. Attorney
717 W. Broadway
Louisville, KY 40202
(502) 625-7102/ Fax: (502) 625-7110
Michael.Ekman@usdoj.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MINYON LOPEZ                                                                                    PLAINTIFF

v.                                              CIVIL ACTION NO. _____

UNITED STATES MILITARY ENTRANCE
PROCESSING COMMAND                                                            DEFENDANT

**CERTIFICATION OF NOTICE TO THE
CIRCUIT COURT CLERK AND ADVERSE PARTIES**

I hereby certify, pursuant to 28 U.S.C. § 1446(d), that on February 8, 2019, a copy of this Notice of Removal by the United States of America was:

    a)    federal expressed to the Clerk of the Jefferson Circuit Court at the indicated address:

Mr. David L. Nicholson
Jefferson Circuit Court Clerk
600 West Jefferson Street
Louisville, Kentucky 40202-4731

    b)    federal expressed to the following adverse party or parties at the indicated address:

Samuel G. Hayward
ADAMS HAYWARD & WELSH
4036 Preston Highway
Louisville, Kentucky  40213

RUSSELL M. COLEMAN
United States Attorney

/s/ Michael D. Ekman
Michael D. Ekman
Assistant U.S. Attorney